STATE of Missouri, Respondent,

v.

Terry L. HARRIS, Appellant.

No. ED 74957.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 1999.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Asst. Atty. Gen., Krista D. Boston, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr. P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

**O R D E R**

PER CURIAM.

Defendant, Terry L. Harris, appeals from the judgment of conviction, pursuant to a jury verdict, of driving while intoxicated. Section 577.010, RSMo (1994). He was sentenced to a term of imprisonment of five years.

We have reviewed the record on appeal and find no jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).